NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DONALD MITCHELL PATTON and LISA    )
MARIE KRASKY,                      )
                                   )
          Appellants,              )
                                   )
v.                                 )          Case No. 2D17-2727
                                   )
ANDREAS C. TOMAC, M.D.; FLORIDA    )
SPINE INSTITUTE; and MORTON        )
PLANT HOSPITAL,                    )
                                   )
          Appellees.               )
_____    )

Opinion filed April 4, 2018.

Appeal from the Circuit Court for Pinellas
County; Karl B. Grube, Senior Judge.

Donald Mitchell Patton and Lisa
Marie Krasky, pro se.

Chandra Miller of Goodis Thompson &
Miller, St. Petersburg, for Appellees
Andreas C. Tomac, M.D. and Florida
Spine Institute.

Brian J. Aungst, Jr., James A. Martin, Jr.,
Nancy S. Paikoff, and Todd A. Jennings of
MacFarlane  Ferguson & McMullen,
Clearwater, for Appellee Morton Plant
Hospital.


PER CURIAM.

Affirmed.

NORTHCUTT, KHOUZAM, and SALARIO, JJ., Concur.